

Entered on Docket
March 30, 2009

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
**McCarthy & Holthus, LLP**
811 South Sixth Street
Las Vegas, NV 89101
khintz@mccarthyholthus.com
Phone (702) 685-0329
Fax (866) 339-5691

Attorney for Secured Creditor, Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement dated as of August 1, 2007, GSAMP Trust 2007-HSBC1, its assignees and/or successors and the servicing agent LITTON LOAN SERVICING

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: BK-S 09-10980-MKN |
| | ) |
| Elliot Estrada | ) Chapter 7 |
| | ) |
| Debtor | ) DATE: 03/04/2009 |
| | ) TIME: 1:30PM |
| | ) |
| | ) ORDER TERMINATING |
| | ) AUTOMATIC STAY |
| | ) |

    The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

///

M&H File No. NV09-3651
BK-S 09-10980-MKN

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 1708 Kismet Circle, Las Vegas, NV 89108.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:

*/s/ Kristin A. Schuler-Hintz*
Kristin A. Schuler-Hintz, Esq.
811 South Sixth Street
Las Vegas, NV 89101
Phone (702) 685-0329

Approved/Disapproved

<u>E-mailed 03/10/09 No Response Received.</u>
Timothy S. Cory
POB 27498
Las Vegas, NV 89126

M&H File No. NV09-3651
BK-S 09-10980-MKN

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: Timothy S. Cory <u>E-mailed 03/10/09 No Response Received.</u>

/s/ Kristin A. Schuler-Hintz, Esq.
Kristin A. Schuler-Hintz, Esq., SBN 7171

###

M&H File No. NV09-3651
BK-S 09-10980-MKN